**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York
(State)

Case number (if known): _____ Chapter 7

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:

   ☒ Chapter 7
   ☐ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**

   Diamond Finance Co., Inc.

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   ___ ___ - ___ ___ ___ ___ ___ ___ ___
   EIN

5. **Debtor's address**

   | Principal place of business | Mailing address, if different |
   |---|---|
   | 2200 Marcus Avenue | |
   | Number    Street | Number    Street |
   | | P.O. Box |
   | New Hyde Park   NY   11042 | |
   | City    State    ZIP Code | City    State    ZIP Code |
   | | **Location of principal assets, if different from principal place of business** |
   | Nassau | |
   | County | Number    Street |
   | | |
   | | City    State    ZIP Code |

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  Diamond Finance Co., Inc.  Case number (if known) _____
_____
Name

6. **Debtor's website** (URL)    diamondautofloorplan.com

7. **Type of debtor**
   - ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other type of debtor. Specify: _____

8. **Type of debtor's business**

   Check one:
   - ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   - ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   - ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   - ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   - ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   - ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   - ☒ None of the types of business listed.
   - ☐ Unknown type of business.

9. **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**
   - ☒ No
   - ☐ Yes. Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

     Debtor _____ Relationship _____
     District _____ Date filed _____ Case number, if known _____
     MM / DD / YYYY

**Part 3:  Report About the Case**

10. **Venue**

    Check one:
    - ☐ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.
    - ☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

11. **Allegations**

    Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).
    The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

    At least one box must be checked:

    - ☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.
    - ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

12. **Has there been a transfer of any claim against the debtor by or to any petitioner?**
    - ☒ No
    - ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

Debtor  Diamond Finance Co., Inc.
      Name

Case number (if known) _____

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Maxx Wattenberg | Loans | $ 240,000.00 |
| Richard Berman | Loans | $ 150,000.00 |
| Joseph DiNoia, Jr | Loans | $ 312,500.00 |
| | Total of petitioners' claims | $ 5,412,500.00 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

*SEE ATTACHED*

**Part 4: Request for Relief**

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Maxx Wattenberg
Name

225 5th Ave.
Number   Street

New York        NY        10010
City            State     ZIP Code

Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City       State     ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/13/2020
            MM / DD / YYYY

✗ *Maxx Wattenberg*
Signature of petitioner or representative, including representative's title

**Attorneys**

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number   Street

New York        NY        10019
City            State     ZIP Code

Contact phone  212-451-2277   Email  mfox@olshanlaw.com

Bar number  1853035

State  New York

_____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Debtor:   Diamond Finance Co., Inc.    Case number _____

## 13. Each Petitioner's Claim:

| NAME OF PETITIONER | NATURE OF PETITIONERS CLAIM | AMOUNT OF THE CLAIM ABOVE THE VALUE OF ANY LIEN |
|---|---|---|
| Roger Schneier | Loans | $510,000.00 |
| Gary Moskowitz | Loans | $850,000.00 |
| Herbert Brooks | Loans | $200,000.00 |
| Mitchell Cooper | Loans | $150,000.00 |
| Don Barkin | Loans | $220,000.00 |
| John DiNoia | Loans | $80,000.00 |
| Theodore Greenberg | Loans | $200,000.00 |
| Hewlett Trading Co. LLC | Loans | $375,000.00 |
| Roger Shyer | Loans | $75,000.00 |
| Harvey Stevens | Loans | $350,000.00 |
| Wayne Wattenberg | Loans | $360,000.00 |
| David Camhi | Loans | $300,000.00 |
| Sandra Camhi | Loans | $100,000.00 |
| Steven Camhi | Loans | $640,000.00 |

Form 205           Involuntary Petition against an Non-Individual

Debtor   Diamond Finance Co., Inc.                                          Case number

**Name and mailing address of petitioner**

Name: Richard Berman

Number Street: 3421 Hewlett Avenue

City: Merrick    State: NY    ZIP Code: 11566

**Name and mailing address of petitioner's representative, if any**

Name:

Number Street:

City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/03/2020 (MM / DD / YYYY)

X _____ MANAGING MEMBER
Signature of petitioner or representative, including representative's title

Printed name: Michael S. Fox

Firm name, if any: Olshan Frome Wolosky LLP

Number Street: 1325 Avenue of the Americas

City: New York    State: NY    ZIP Code: 10019

Contact phone: 212-451-2277    Email: mfox@olshanlaw.com

Bar number: 1853035

State: New York

X _____
Signature of attorney

Date signed: MM / DD / YYYY

**Name and mailing address of petitioner**

Name:

Number Street:

City:    State:    ZIP Code:

**Name and mailing address of petitioner's representative, if any**

Name:

Number Street:

City:    State:    ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM / DD / YYYY)

X _____
Signature of petitioner or representative, including representative's title

Printed name:

Firm name, if any:

Number Street:

City:    State:    ZIP Code:

Contact phone:    Email:

Bar number:

State:

X _____
Signature of attorney

Date signed: MM / DD / YYYY

Debtor  Diamond Finance Co., Inc.
_____
Name

Case number (if known)_____

### Name and mailing address of petitioner

Joseph DiNoia Jr.
_____
Name

777 NE 4th Avenune
_____
Number    Street

Fort Lauderdale    FL    33304
_____
City    State    ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/03/2020
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Michael S. Fox
_____
Printed name

Olshan Frome Wolosky LLP
_____
Firm name, if any

1325 Avenue of the Americas
_____
Number    Street

New York    NY    10019
_____
City    State    ZIP Code

Contact phone  212-451-2277    Email  mfox@olshanlaw.com

Bar number  1853035

State  New York

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

### Name and mailing address of petitioner

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

### Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number    Street

_____
City    State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
            MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number    Street

_____
City    State    ZIP Code

Contact phone  _____    Email  _____

Bar number  _____

State  _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Debtor Name: Diamond Finance Co., Inc.

Case number (if known): _____

**Name and mailing address of petitioner**

Name: Roger Schneier
Number Street: 8167 Valhalla Dr.
City: Del Ray    State: FL    ZIP Code: 33446

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

X _[signature]_
Signature of petitioner or representative, including representative's title

---

Printed name: Michael S. Fox
Firm name, if any: Olshan Frome Wolosky LLP
Number Street: 1325 Avenue of the Americas
City: New York    State: NY    ZIP Code: 10019
Contact phone: 212-451-2277    Email: mfox@olshanlaw.com
Bar number: 1853035
State: New York

_[signature]_
Signature of attorney

Date signed ___/___/_____ (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____ (MM/DD/YYYY)

X _[signature]_
Signature of petitioner or representative, including representative's title

---

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: _____ State: _____ ZIP Code: _____
Contact phone: _____    Email: _____
Bar number: _____
State: _____

_____
Signature of attorney

Date signed ___/___/_____ (MM/DD/YYYY)

Debtor  Diamond Finance Co., Inc.
         _____
         Name

Case number (if known) _____

## Name and mailing address of petitioner

**Gary Moskowitz**
Name

**10 Howard Drive**
Number   Street

**Muttown**          **NY**      **11791**
City                 State       ZIP Code

## Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 03 / 1941
             MM / DD / YYYY

X _____/s/ Gary Moskowitz_____
Signature of petitioner or representative, including representative's title

---

**Michael S. Fox**
Printed name

**Olshan Frome Wolosky LLP**
Firm name, if any

**1325 Avenue of the Americas**
Number   Street

**New York**          **NY**      **10019**
City                  State       ZIP Code

Contact phone  **212-451-2277**   Email **mfox@olshanlaw.com**

Bar number  **1853035**

State  **New York**

X _____/s/ Michael S. Fox_____
Signature of attorney

Date signed  4 / 3 / 2020
             MM / DD / YYYY

---

## Name and mailing address of petitioner

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

## Name and mailing address of petitioner's representative, if any

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  ___ / ___ / _____
             MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

---

Printed name _____

Firm name, if any _____

_____
Number   Street

_____
City          State      ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

Date signed  ___ / ___ / _____
             MM / DD / YYYY

**Name and mailing address of petitioner**

Herbert Brooks
Name

35 N. Chatsworth Ave. 2B
Number   Street

Larchmont                N.Y.        10538
City                     State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04 / 03 / 2020
             MM / DD / YYYY

✗ _/s/ Herbert Brooks_
Signature of petitioner or representative, including representative's title

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number   Street

New York                 NY          10019
City                     State       ZIP Code

Contact phone  212-451-2277    Email  mfox@olshanlaw.com

Bar number   1853035

State        New York

✗ _/s/ Michael S. Fox_
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City        State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _____
             MM / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City        State    ZIP Code

Contact phone  _____   Email _____

Bar number   _____

State        _____

✗ _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

---

Official Form 205          Involuntary Petition Against a Non-Individual                 page 4

Debtor: Diamond Finance Co., Inc.

Case number (if known): _____

**Name and mailing address of petitioner**

Name: Mitchell Cooper

Number Street: 407 McKinney Falls Lane

City: Georgetown   State: TX   ZIP Code: 78633

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/03/2020 (MM/DD/YYYY)

X _____ (Signature of petitioner or representative, including representative's title)

Printed name: Michael S. Fox

Firm name, if any: Olshan Frome Wolosky LLP

Number Street: 1325 Avenue of the Americas

City: New York   State: NY   ZIP Code: 10019

Contact phone: 212-451-2277   Email: mfox@olshanlaw.com

Bar number: 1853035

State: New York

X _____ (Signature of attorney)

Date signed: _____ (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: Mitchell Cooper

Number Street: 407

City: _____   State: _____   ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

X _____ (Signature of attorney)

Printed name: _____

Firm name, if any: _____

Number Street: _____

City: _____   State: _____   ZIP Code: _____

Contact phone: _____   Email: _____

Bar number: _____

State: _____

Official Form 105      Involuntary Petition Against an Individual      page 4

Debtor: Diamond Finance Co., Inc.      Case number:

**Name and mailing address of petitioner**

Don Barkin
17382 VIA CAPRI E
Boca Raton    FL    33496

Michael S. Fox
Olshan Frome Wolosky LLP
1325 Avenue of the Americas
New York    NY    10019

Contact phone: 212-451-2277    Email: mfox@olshanlaw.com

Bar number: 1853035

State: New York

Name and mailing address of petitioner's representative, if any

I declare under penalty of perjury that the foregoing is true and correct.

x _Don Barkin_ (signature)

x _(signature of attorney)_

**Name and mailing address of petitioner**

Name and mailing address of petitioner's representative, if any

I declare under penalty of perjury that the foregoing is true and correct.

x

Debtor  Diamond Finance Co., Inc.                                    Case number (if known) _____

**Name and mailing address of petitioner**

John DiNoia
Name

15 Yellowstone Drive
Number    Street

West Nyack          NY          10994
City                State       ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  04/03/2020
            MM / DD / YYYY

X _/s/ John DiNoia_____
Signature of petitioner or representative, including representative's title

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number    Street

New York            NY          10019
City                State       ZIP Code

Contact phone  212-451-2277   Email  mfox@olshanlaw.com

Bar number  1853035

State  New York

X _/s/ Michael S. Fox_____
Signature of attorney

Date signed
MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number    Street

_____
City      State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
           MM / DD / YYYY

Printed name

Firm name, if any

Number    Street

City      State    ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

X _____
Signature of attorney

| Name and mailing address of petitioner | | | Michael S. Fox | | |
|---|---|---|---|---|---|
| Theodore Greenberg | | | Printed name | | |
| Name | | | Olshan Frome Wolosky LLP | | |
| 16209 Mira Vista Lane | | | Firm name, if any | | |
| Number  Street | | | 1325 Avenue of the Americas | | |
| Delray Beach | FL | 33446 | Number  Street | | |
| City | State | ZIP Code | New York | NY | 10019 |
| | | | City | State | ZIP Code |
| | | | Contact phone 212-451-2277  Email mfox@olshanlaw.c | | |
| | | | Bar number 1853035 | | |
| | | | State New York | | |

Name and mailing address of petitioner's representative, if any

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed ___/___/_____
            MM / DD / YYYY

---

Name and mailing address of petitioner

Name and mailing address of petitioner's representative, if any

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___/___/_____
         MM / DD / YYYY

X _____
Signature of petitioner or representative, including representative's title

X _____
Signature of attorney

Date signed ___/___/_____
            MM / DD / YYYY

Official Form 205                Involuntary Petition Against a Non-Individual                page 4

Debtor: Diamond Finance Co., Inc.

Case number:

**Name and mailing address of petitioner**

Hewlett Trading Co. LLC
Name

3421 Hewlett Avenue
Number   Street

Merrick            NY         11566
City               State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Richard Berman
Name

3421 Hewlett Avenue
Number   Street

Merrick            NY         11566
City               State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 04/23/2020
           MM / DD / YYYY

X /s/ Richard Berman
Signature of petitioner or representative, including representative's title

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number   Street

New York           NY         10019
City               State      ZIP Code

Contact phone  212-451-2277   Email  mfox@olshanlaw.com

Bar number  1853035

State  New York

X /s/ Michael S. Fox
Signature of attorney

Date signed
           MM / DD / YYYY

**Name and mailing address of petitioner**

Name

Number   Street

City               State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number   Street

City               State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on
           MM / DD / YYYY

X
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City               State      ZIP Code

Contact phone              Email

Bar number

State

X
Signature of attorney

Date signed
           MM / DD / YYYY

Debtor: Diamond Finance Co., Inc.

Case number (if known): ___

**Name and mailing address of petitioner**

Name: Roger Shyer
Number Street: 19407 WATERS REACH TR. #1001
City: BOCA RATON  State: FL  ZIP Code: 33434

**Name and mailing address of petitioner's representative, if any**

Name: ___
Number Street: ___
City: ___ State: ___ ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4 3 2020 (MM/DD/YYYY)

X [signature] Roger Shyer
Signature of petitioner or representative, including representative's title

---

Printed name: Michael S. Fox
Firm name, if any: Olshan Frome Wolosky LLP
Number Street: 1325 Avenue of the Americas
City: New York  State: NY  ZIP Code: 10019
Contact phone: 212-451-2277  Email: mfox@olshanlaw
Bar number: 1853035
State: New York

X [signature]
Signature of attorney
Date signed: ___ MM/DD/YYYY

---

**Name and mailing address of petitioner**

Name: ___
Number Street: ___
City: ___ State: ___ ZIP Code: ___

**Name and mailing address of petitioner's representative, if any**

Name: ___
Number Street: ___
City: ___ State: ___ ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ MM/DD/YYYY

X ___
Signature of petitioner or representative, including representative's title

---

Printed name: ___
Firm name, if any: ___
Number Street: ___
City: ___ State: ___ ZIP Code: ___
Contact phone: ___  Email: ___
Bar number: ___
State: ___

X ___
Signature of attorney
Date signed: ___ MM/DD/YYYY

Official Form 205

Debtor   Diamond Finance Co., Inc.
         Name

Case number (if known) _____

**Name and mailing address of petitioner**

Harvey Stevens
Name

8 East 83rd St. Apt 10F
Number   Street

New York          NY       10028
City              State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4  6  2020
             MM / DD / YYYY

X  *Harvey Stevens* (signature)
Signature of petitioner or representative, including representative's title

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number   Street

New York          NY       10019
City              State    ZIP Code

Contact phone  212-451-2277    Email  mfox@olshanlaw.com

Bar number   1853035

State   New York

X  _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

**Name and mailing address of petitioner**

*Harvey Stevens*
Name

*8 East 83rd St.*
Number   Street

*New York*       *NY*      *10028*
City              State    ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City              State    ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  4  6  2020
             MM / DD / YYYY

X  *Harvey Stevens* (signature)
Signature of petitioner or representative, including representative's title

_____
Printed name

_____
Firm name, if any

_____
Number   Street

_____
City              State    ZIP Code

Contact phone  _____  Email  _____

Bar number  _____

State  _____

X  _____
Signature of attorney

Date signed  _____
             MM / DD / YYYY

Official Form 205            Involuntary Petition Against a Non-Individual            page 4

Debtor  Diamond Finance Co., Inc.
      Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Name: Wayne Wattenberg

Number Street: 3 Woodedge Lane

City: Brookville    State: NY    ZIP Code: 11545

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 4/3/2020 (MM/DD/YYYY)

X /s/ Wayne Wattenberg
Signature of petitioner or representative, including representative's title

---

Printed name: Michael S. Fox

Firm name, if any: Olshan Frome Wolosky LLP

Number Street: 1325 Avenue of the Americas

City: New York    State: NY    ZIP Code: 10019

Contact phone: 212-451-2277    Email: mfox@olshanlaw.com

Bar number: 1853035

State: New York

X ~~(signature struck through)~~
Signature of attorney

Date signed: _____ (MM/DD/YYYY)

---

**Name and mailing address of petitioner**

Name: _____

Number Street: _____

City: _____ State: _____ ZIP Code: _____

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City: _____ State: _____ ZIP Code: _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM/DD/YYYY)

X _____
Signature of petitioner or representative, including representative's title

---

Printed name: _____

Firm name, if any: _____

Number Street: _____

City: _____ State: _____ ZIP Code: _____

Contact phone: _____ Email: _____

Bar number: _____

State: _____

X _____
Signature of attorney

Date signed: _____ (MM/DD/YYYY)

**Debtor** Diamond Finance Co., Inc.  
Name

**Case number** (if known) _____

---

### Name and mailing address of petitioner

Name: David Camhi  
Number Street: 1715 Trapani Lane  
City: Boyton Beach  State: FL  ZIP Code: 33472

### Name and mailing address of petitioner's representative, if any

Name: _____  
Number Street: _____  
City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ / ___ / ___ (MM / DD / YYYY)

X *David Camhi* (signed)  
Signature of petitioner or representative, including representative's title

---

Printed name: Michael S. Fox  
Firm name, if any: Olshan Frome Wolosky LLP  
Number Street: 1325 Avenue of the Americas  
City: New York  State: NY  ZIP Code: 10019  
Contact phone: 212-451-2277  Email: mfox@olshanlaw.com  
Bar number: 1853035  
State: New York

X *(signature)*  
Signature of attorney

Date signed ___ / ___ / ___ (MM / DD / YYYY)

---

### Name and mailing address of petitioner

Name: _____  
Number Street: _____  
City _____ State _____ ZIP Code _____

### Name and mailing address of petitioner's representative, if any

Name: _____  
Number Street: _____  
City _____ State _____ ZIP Code _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on ___ / ___ / ___ (MM / DD / YYYY)

X *David Camhi* (signed)  
Signature of petitioner or representative, including representative's title

---

Printed name: _____  
Firm name, if any: _____  
Number Street: _____  
City _____ State _____ ZIP Code _____  
Contact phone _____ Email _____  
Bar number _____  
State _____

X _____  
Signature of attorney

Date signed ___ / ___ / ___ (MM / DD / YYYY)

---

Debtor   Diamond Finance Co., Inc.
         Name

Case number (if known)

**Name and mailing address of petitioner**

Sandra Camhi
Name

184 Kent Ave, D201
Number   Street

Brooklyn              NY              11249
City                  State           ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

x _Sandra Camhi_____
Signature of petitioner or representative, including representative's title

Michael S. Fox
Printed name

Olshan Frome Wolosky LLP
Firm name, if any

1325 Avenue of the Americas
Number   Street

New York              NY              10019
City                  State           ZIP Code

Contact phone  212-451-2277   Email  mfox@olshanlaw.com

Bar number  1853035

State  New York

x _____[signature]_____
Signature of attorney

Date signed _____
            MM / DD / YYYY

**Name and mailing address of petitioner**

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

**Name and mailing address of petitioner's representative, if any**

_____
Name

_____
Number   Street

_____
City          State      ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
            MM / DD / YYYY

x _Sandra Camhi_____
Signature of petitioner or representative, including representative's title

Printed name

Firm name, if any

Number   Street

City          State      ZIP Code

Contact phone _____  Email _____

Bar number _____

State _____

x _____
Signature of attorney

Date signed _____
            MM / DD / YYYY

Debtor  Diamond Finance Co., Inc.
Name

Case number (if known) _____

**Name and mailing address of petitioner**

Name: Steven Camhi
Number Street: 6854 Finamore Circle,
City: Lake Worth    State: FL    ZIP Code: 33467

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: Merrick    State: NY    ZIP Code: 11566

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM / DD / YYYY)

✗ *Steven Camhi*
Signature of petitioner or representative, including representative's title

Printed name: Michael S. Fox
Firm name, if any: Olshan Frome Wolosky LLP
Number Street: 1325 Avenue of the Americas
City: New York    State: NY    ZIP Code: 10019
Contact phone: 212-451-2277    Email: mfox@olshanlaw.com
Bar number: 1853035
State: New York

✗ _____
Signature of attorney

Date signed _____ (MM / DD / YYYY)

---

**Name and mailing address of petitioner**

Name: _____
Number Street: _____
City: ___    State: ___    ZIP Code: ___

**Name and mailing address of petitioner's representative, if any**

Name: _____
Number Street: _____
City: ___    State: ___    ZIP Code: ___

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ (MM / DD / YYYY)

✗ *Steven Camhi*
Signature of petitioner or representative, including representative's title

Printed name: _____
Firm name, if any: _____
Number Street: _____
City: ___    State: ___    ZIP Code: ___
Contact phone: ___    Email: ___
Bar number: _____
State: _____

✗ _____
Signature of attorney

Date signed _____ (MM / DD / YYYY)