# EXHIBIT C



1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL:  JKOEVARY@OLSHANLAW.COM
DIRECT DIAL:  212.451.2265

September 22, 2020

**By FedEx and Regular Mail**

Marcos Benzaquen
Diamond Cars R Us
707 Hempstead Turnpike
Franklin Square, New York 11010

Re: In re Diamond Finance Co., Inc., Bankr. E.D.N.Y. No. 20-71877 (REG): Subpoena Dated August 25, 2020

Dear Mr. Benzaquen:

Olshan Frome Wolosky LLP ("Olshan") is special litigation counsel to Marc Pergament, the Chapter 7 Trustee in the above referenced chapter 7 case.

On August 25, 2020, Olshan caused to be served a subpoena upon you commanding the production of documents from you and further demanding that you appear for a deposition on September 14, 2020.  A copy of the subpoena is enclosed.

The subpoena was delivered by first class mail in accordance with the Federal Rules of Bankruptcy Procedure and Orders of the United States Bankruptcy Court for the Eastern District of New York dated June 12, 2020 and August 24, 2020.  Copies of these Orders are also enclosed.

As of today, we have received no response and your deadline to object has passed.  I urge you to reach out to me immediately by calling me at 212 451-2265 or by emailing me at jkoevary@olshanlaw.com to set up a time – or, if you have an attorney, please have your attorney reach out to me immediately.  If we do not hear from or your attorney by September 30, 2020, we will file a contempt motion against you in the Bankruptcy Court.  Any contempt motion will seek sanctions that may include, but not be limited to, fines and costs.

All rights are reserved.

Sincerely,

/s/ Jonathan Koevary

Jonathan Koevary

cc: Marc Pergament (via email)
Encl.

OLSHAN  FROME  WOLOSKY  LLP                                    WWW.OLSHANLAW.COM
5538594-1