# EXHIBIT D



**FedEx**

October 19, 2020

Dear Customer,

The following is the proof-of-delivery for tracking number: 913874407405

### Delivery Information:

| | | | |
|---|---|---|---|
| **Status:** | Delivered | **Delivered To:** | Receptionist/Front Desk |
| **Signed for by:** | L.LUIS | **Delivery Location:** | 1325 AVENUE OF THE AMERI |
| **Service type:** | FedEx Express Saver | | NEW YORK, NY, 10019 |
| **Special Handling:** | Deliver Weekday | **Delivery date:** | Sep 28, 2020 13:40 |

### Shipping Information:

| | | | |
|---|---|---|---|
| **Tracking number:** | 913874407405 | **Ship Date:** | Sep 23, 2020 |
| | | **Weight:** | 2.0 LB/0.91 KG |

**Recipient:**
Jonathan Koevary
1325 Avenue of the Americas
NEW YORK, NY, US, 10019

**Shipper:**
RETURNS, FDX/BPAA STATION
510 STEWART AVE
GARDEN CITY, NY, US, 11530

**Reference**          771594326280



Thank you for choosing FedEx

# Fax

To:  
Fax: 2124512222  
Company:

From: SHON MURRAY  
Fax:  
Voice:

Date: October 19, 2020  
Subject:

Comments:

___