# EXHIBIT E

3:49

 167

**+1 (516) 473-0288** >

Text Message
Today 3:31 PM

Please review email I just sent or have Marcos Benzaquen get back to me. Thank you.

Sure

May I have your name please?

Jonathan Koevary

Thank you Jonathan.

Case 8-20-71877-reg    Doc 127-5    Filed 10/20/20    Entered 10/20/20 23:02:07



+1 (516) 473-0288 >

Thank you Jonathan.

May I know what is this regarding?

This is DiamondCars R Us on 707 Hempstead in Franklin Square, yes?

Yes, I assist our web marketing team to pro-vide 24/7 online sup-port.

Ok. Glad I got the right spot. Marcos should

3:49

 167



**+1 (516) 473-0288** >

Yes, I assist our web marketing team to provide 24/7 online support.

Ok. Glad I got the right spot. Marcos should know then or he can check the email I sent. When is he in?

He is not available right now. We will get back to you as soon as he is available.

Ok great, thank you.

3:50

167

**+1 (516) 473-0288** >

He is not available right now. We will get back to you as soon as he is available.

Ok great, thank you.

Is there anything else I can help you with?

No thank you. I'll text back if I think of any‑thing.

Thank you Jonathan . Have a great day!

Text Message