THE STEINER LAW FIRM, PLLC
Norman Steiner
130 Water Street
Brooklyn, NY 11201
Tel:    (646) 600-6676
Fax:    (646)619-4025

*Counsel to Marcos Benzaquen, the subject of the November 18th, 2020 Order (Dkt. #: 137)*

UNITIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:

DIAMOND FINANCE CO., INC.,

            Debtor.         **Case No.  8-20-71877 (REG)**

### NOTICE OF APPEARANCE AND REQUEST FOR NOTICES AND SERVICE OF PAPERS

**PLEASE TAKE NOTICE THAT** Norman Steiner, Esq., hereby enters his appearance in the above-captioned case as counsel for alleged witness **MARCOS BENZAQUEN**, the subject of an Order To Detain issued November 18, 2020, and requests that all notices given or required to be given in this case and all papers served or required to be served in this case, be served upon the undersigned at the following address:

            Norman Steiner
            The Steiner Law Firm, PLLC
            130 Water Street
            Brooklyn, NY 11201
            Tel:    (646) 600-6676
            Fax:    (646) 619-4025
            Email: norm@thesteinerlawfirm.com

**PLEASE TAKE FURTHER NOTICE**, that the foregoing request includes, without limitation, any and all notices in respect of any application, motion, petition, pleading, request, complaint, demand, order, or any other paper filed in this case, whether such notice is formal or informal, written or oral, and whether transmitted by hand delivery, United States Mail, expedited delivery service, telephone, fax, electronic mail, or otherwise.

**PLEASE TAKE FURTHER NOTICE** that neither this Notice of Appearance and Request for Notices and Service of Papers, nor any subsequent appearance, pleading, proof of claim, other writing, or conduct shall constitute a waiver by Creditors/Interested Parties, of: (i) the right to have final orders in any and all non-core matters entered only after *de novo* review by a United States District Court; (ii) the right to trial by jury in any proceeding as to any and all matters so triable; (iii) the right to have the reference in this matter withdrawn by the United States District Court in any matter or proceeding subject to mandatory or discretionary withdrawal; and (iv) other remedies, rights, claims, defenses, setoffs, or other matters, in law or equity. All such rights are hereby reserved and preserved, without exception.

Dated: November 19, 2020
Kings, New York

The Steiner Law Firm, PLLC
By: */s/ Norman Steiner*
Norman Steiner