UNITIED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

IN RE:                                      **Declaration of Marcos Benzaquen**

DIAMOND FINANCE CO., INC.,

        Debtor.                 **Case No. 8-20-71877 (REG)**

I, MARCOS BENZAQUEN, declare under penalty of perjury that the foregoing is true and correct:

1. I am the subject of 2 Orders for Contempt before this Honorable Court.
2. The first Order directs a monetary sanction of $500.00 per day.
3. The second Order directs my detainment and incarceration by Federal Marshals.
4. I submit this Declaration in support of my attorney, Mr. Norman Steiner's, application to Stay the Orders.
5. I will appear at a deposition in the above referenced matter at any time and place within New York that I am requested to.
6. I will accept notification of the time and place through my counsel, Norman Steiner.
7. I have initiated a search for the requested documents and have located some of the materials.
8. I will provide all the documents I have and conduct a diligent search for any and all documents within my control.
9. I declare under penalty of perjury that the forgoing is correct.

Executed on this 20th day of November, 2020.

_____
Marcos Benzaquen