**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMOND FINANCE CO., INC. | Case No. 8-20-71877 (REG) |
| Debtor. | |

**ORDER GRANTING STAY OF ENFORCEMENT OF ORDER**

Upon the motion dated October 20, 2020 (the "Motion") [Dkt. No. 127] of Marc A. Pergament, as Chapter 7 trustee (the "Trustee") of Diamond Finance Co., Inc., for entry of an order under section 105(a) of title 11 of the United States Code (the "Bankruptcy Code") holding Marcos J. Benzaquen ("Benzaquen") in contempt, imposing sanctions, and compelling Benzaquen to comply with the Trustee's subpoena, issued pursuant to the Court's June 12, 2020 Order directing the production of documents and oral examination of Benzaquen; and upon the Court's Order, dated November 10, 2020 ("Contempt Order") [Dkt. No. 132], holding Benzaquen in contempt; and upon the Order, dated November 18, 2020 ("Arrest Order") [Dkt. No. 137] directing the United States Marshal Service to arrest and detain Benzaquen until he has purged his contempt by complying with the Trustee's subpoena issued pursuant to this Court's June 12, 2020 Order; and Benzaquen having retained counsel who appeared in this case on November 19, 2020 and requested a stay of the Contempt Order and the Arrest Order, and the Court having held a hearing, on November 20, 2020, on Benzaquen's request for a stay of enforcement of the Orders, and Benzaquen having filed a Declaration, under penalty of perjury, stating that he will appear at a deposition and provide the Trustee with the requested documents [Dkt No. 140], now therefore it is

1

ORDERED, that enforcement of the Arrest Order is hereby stayed until further Order of this Court.



Dated: Central Islip, New York
November 20, 2020

Robert E. Grossman
United States Bankruptcy Judge

5608223-1