Eric H. Horn, Esq.
Heike M. Vogel, Esq.
**A.Y. STRAUSS LLC**
101 Eisenhower Parkway, STE 412
Roseland, New Jersey 07068
Telephone: (973) 287-5006
Facsimile: (973) 226-4104

*Counsel to Jacob Benzaquen*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| Diamond Finance Co., Inc., | Case No. 20-71877 (REG) |
| Debtor. | |

**NOTICE AND ENTRY OF APPEARANCE AND**
**DEMAND FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that Jacob Benzaquen, by and through his counsel, A.Y. Strauss LLC, hereby appears in the above-captioned case pursuant Rules 2002, 3017, 9007, and 9010(b) of the Federal Rules of Bankruptcy Procedure (the "***Bankruptcy Rules***") and hereby requests that copies of all notices and pleadings provided or filed in the above-captioned cases be given and served upon the person listed below at the following address, telephone and facsimile numbers, and e-mail address:

>                Eric H. Horn, Esq.
>                Heike M. Vogel, Esq.
>                A.Y. Strauss LLC
>                101 Eisenhower Parkway, STE 412
>                Roseland, New Jersey 07068
>                Telephone: (973) 287-5006
>                Facsimile: (973) 226-4104
>                hvogel@aystrauss.com
>                ehorn@aystrauss.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, any notice, application, complaint, demand, motion, petition, pleading, or request, whether formal or informal, written or oral and whether transmitted or conveyed by mail, e-mail, facsimile, telephone, telegraph, telex, or otherwise filed or made with regard to the above-captioned case and proceedings therein.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance shall not be deemed or construed to be a waiver of the rights of Jacob Benzaquen (i) to have final orders in non-core matters entered only after *de novo* review by a United States District Judge, (ii) to trial by jury in any proceeding so triable in this case or in any case, controversy, or proceeding related to this case, and (iii) to have the United States District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or the waiver of any other rights, claims, actions, setoffs, or recoupments to which Jacob Benzaquen is or may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs, and recoupments are hereby expressly reserved.

Dated: December 21, 2020  
      Roseland, New Jersey                          **A.Y. STRAUSS LLC**

                                    By:    */s/ Eric H. Horn*  
                                          Eric H. Horn, Esq.  
                                          Heike M. Vogel, Esq.  
                                          101 Eisenhower Parkway, STE 412  
                                          Roseland, New Jersey 07068  
                                          Telephone: (973) 287-5006  
                                          Facsimile: (973) 226-4104  
                                          hvogel@aystrauss.com  
                                          ehorn@aystrauss.com  

                                          *Counsel for Jacob Benzaquen*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of December, I caused a copy of the foregoing pleading to be served by electronic means through the Court's ECF system to all parties receiving notices in this case.

Dated:  December 21, 2020

                                      */s/ Eric H. Horn*
                                      Eric H. Horn