**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

|   |   |
|---|---|
| In re: | Chapter 7 |
| DIAMOND FINANCE CO., INC., | Case No. 20-71877 (REG) |
| Debtor. |   |

## AFFIRMATION OF SERVICE

      I Clyde W. Hollins, do hereby affirm, under penalty of perjury, that I am employed by the law firm of Olshan Frome Wolosky LLP, Special Counsel for Chapter 7 Trustee Marc Pergament, in the above-captioned case, and that on March 17, 2021, I caused to be served a true and correct copy of the *Chapter 7 Trustee's Opposition To Christine Hoey's Motion to Quash* [Dkt.#164] via U.S.P.S., First Class mail, upon the party listed below at the contact information also listed herein:

| | |
|---|---|
| **Christine Hoey**<br>**7083 Highlands Creek Avenue**<br>**Lakeland, FL 33813-1824** | |

Dated:  March 17, 2021
        New York, New York

*/s/ Clyde W. Hollins*

98-20 62nd Drive

Rego Park, NY 11374

5764317-1