

1325 AVENUE OF THE AMERICAS ▪ NEW YORK, NEW YORK 10019
TELEPHONE: 212.451.2300 ▪ FACSIMILE: 212.451.2222

EMAIL: MFOX@OLSHANLAW.COM
DIRECT DIAL: 212.451.2277

March 30, 2021

Clerk
U.S. Bankruptcy Court
Eastern District of New York
290 Federal Plaza
Central Islip, NY  11722

      Re:    In re Diamond Finance Co., Inc., Case No. 20-71877: Christine Hoey's Motion to Quash [Dkt No. 162] Adjournment Request

Dear Sir/Madam:

    Olshan Frome Wolosky LLP is special counsel to Mark Pergament, the Chapter 7 Trustee in the above referenced case. On consent from Christine Hoey, we write seeking an adjournment of the continuation of her pending Motion to Quash [Dkt. No. 162], currently scheduled for April 21, 2021 to May 5, 2021 at 9:30 a.m.

    This request takes into account Ms. Hoey's agreed April 26 deposition date.

    We thank the Court for its attention to this matter.

                                          Respectfully submitted,

                                          /s/ *Jonathan T. Koevary*

                                          Jonathan T. Koevary

cc: All counsel of record (via ECF)
     Christine Hoey (via email and regular mail)