**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMOND FINANCE CO., INC., | Case No. 20-71877 (REG) |
| Debtor. | |

## AFFIRMATION OF SERVICE

I Clyde W. Hollins, do hereby affirm, under penalty of perjury, that I am employed by the law firm of Olshan Frome Wolosky LLP, Special Counsel for Chapter 7 Trustee Marc Pergament, in the above-captioned case, and that on March 30, 2021, I caused to be served a true and correct copy of the ***ORDER SCHEDULING HEARING*** [Dkt.#169] via U.S.P.S., First Class mail, and email upon the party listed below at the contact information also listed herein:

| | |
|---|---|
| **Wayne M Greenwald**<br>**Wayne Greenwald, PC**<br>**475 Park Avenue South - 26th Floor**<br>**New York, NY 10016**<br>**grimlawyers@aol.com** | |

Dated: April 1, 2021
         New York, New York

*[signature]*

98-20 62nd Drive

Rego Park, NY 11374

5780643-1