**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>DIAMOND FINANCE CO., INC.,<br><br>Debtor. | Chapter 7<br><br>Case No. 20-71877 (REG) |

## AFFIRMATION OF SERVICE

I Clyde W. Hollins, do hereby affirm, under penalty of perjury, that I am employed by the law firm of Olshan Frome Wolosky LLP, Special Counsel for Chapter 7 Trustee Marc Pergament, in the above-captioned case, and that on March 30, 2021, I caused to be served a true and correct copy of the Consent Adjournment *Letter* [Dkt.#170] via U.S.P.S., First Class mail, and email upon the party listed below at the contact information also listed herein:

| | |
|---|---|
| **Christine Hoey**<br>**7083 Highlands Creek Avenue**<br>**Lakeland, FL 33813-1824**<br>**c4one@aol.com** | |

Dated: April 1, 2021
       New York, New York

*/s/ Clyde W. Hollins*

98-20 62nd Drive

Rego Park, NY 11374

5780663-1