| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>----------------------------------------------------------X | RETURN DATE:  June 9, 2021<br>TIME:  9:30 A.M. |

In Re:

Diamond Finance Co., Inc.,

          Debtor.

----------------------------------------------------------X

Chapter 7
Case No. 820-71877-A736

Notice of Hearing

      PLEASE TAKE NOTICE, that on June 9, 2021 at 9:30 a.m., Plaintiff, Marc A. Pergament, Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc., will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for an Order pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure: (a) approving the settlement by and between the Trustee and JJAZ Inc. & Combine Distributing Profit Sharing Plan ("JJAZ") for the sum of $12,000.00; (b) authorizing the Trustee to execute all documents necessary to effectuate the settlement by and between the Estate and Defendant; and (c) for such other and further relief as this Court deems just and proper ("Motion").

      PLEASE TAKE FURTHER NOTICE, that a copy of the Motion is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

      PLEASE TAKE FURTHER NOTICE, All parties must email the Courtroom Deputy at: reg_hearings@nyeb.uscourts.gov at least twenty-four (24) hours in advance of the scheduled hearing to identify the parties that will appear and what case they are appearing on. All attorneys must also identify the party they represent. <u>All phones must be placed on mute until your case is called.</u> Instructions to be used to dial in for the telephonic appearance: (i) Dial in Number 888-557-8511; (ii) Access Code - 9628493; (iii) announce who you are each time you speak; (iv)

avoid the use of a speaker phone and/or cell phone (use a landline if possible); and (v) All persons not speaking should mute their phones. <u>Failure to appear</u>: If a party does not timely call and connect to the scheduled hearing, the hearing may proceed in their absence. If the movant does not appear, the matter may be denied for failure to appear.

PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's Motion shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website: <u>www.nyeb.uscourts.gov</u>, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Robert E. Grossman, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 403, Garden City, New York 11530, Attention: Marc J. Weingard, Esq., the Office of the United States Trustee, Alfonse M. D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and filed with the Clerk of the Bankruptcy Court, with a copy to chambers on or before June 2, 2021.

Dated: Garden City, New York
      May 6, 2021

                                  Weinberg, Gross & Pergament LLP
                                  Attorneys for Trustee

                     By: _____
                                  Marc A. Pergament
                                  400 Garden City Plaza, Suite 403
                                  Garden City, New York 11530
                                  (516) 877-2424