UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                            Chapter 7

Diamond Finance Co., Inc.,                        Case No. 820-71877-A736

            Debtor.

-------------------------------------------------------X

## DECLARATION OF SERVICE

      Lisa Carpinone, secretary to Marc A. Pergament, an attorney admitted to practice in this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

      On May 6, 2021, I served the foregoing Notice of Hearing, Affirmation in Support and proposed order approving the settlement with JJAZ Inc. & Combine Distributing Profit Sharing Plan ("Motion") [Docket No. 193] upon the following:

### *SEE ATTACHED SERVICE LIST*

pursuant to Local Bankruptcy Rule 9036-2(b), by transmitting a copy of the Notice of Electronic Filing and Motion to the email addresses listed above.

      Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

      Executed in Garden City, New York on May 6, 2021.

                                                  /s/ Lisa Carpinone
                                                  Lisa Carpinone

## ***SERVICE LIST***

A.Y. Strauss LLC
Attorneys for Jacob Benzaquen
Attn: Eric H. Horn, Esq.
Via E-Mail - ehorn@aystrauss.com
Attn: Heike M. Vogel, Esq.
Via E-Mail - hvogel@aystrauss.com

Alyse Miller
Via E-Mail - jjaz49@gmail.com

Ameri Law Firm
Attorneys for Y&M Enterprises
Attn: Steven A. Jayson, Esq.
Via E-Mail - steven.jayson@amerilawfirm.com

Carter Ledyard & Milburn LLP
Attorneys for Attorneys for
Millennium Motor Sports, LLC
Attn: Aaron R. Cahn, Esq.
Via E-Mail - bankruptcy@clm.com

Farrell Fritz, P.C.
Attorneys for Marc D. Scherr 212 Irrevocable Trust,
Marc Scherr, Scott Scherr and Harold Herling
Attn: Patrick Collins, Esq.
Via E-Mail - pcollins@farrellfritz.com
Attn: Darren A. Pascarella, Esq.
Via E-Mail - dpascarella@farrellfritz.com

Garvin Peters
Via E-Mail - garvinpeters92@gmail.com

J. Garson, LLC
Attn: Jeffrey Garson
Via E-Mail - garsonproperty@yahoo.com

Jerome Krantz Defined Benefit Plan
Attn: Mr. Jerry Krantz
Via E-Mail - jkrantz@krantzfinancial.com

Michael G. McAuliffe, Esq.
Attorney for 613 Automotive Group, Inc.
and Roger Schneier
Via E-Mail - mgmlaw@optonline.net

Nicholas Goodman & Associates, PLLC
Attorneys for Marcos Benzaquen
Attn: H. Nicholas Goodman, Esq.
Via E-Mail - ngoodman@ngoodmanlaw.com

Office of the United States Trustee
Attn: Stan Yang, Esq.
Via E-Mail - stan.y.yang@usdoj.gov

Olshan Frome Wolosky LLP
Attorneys for Petitioning Creditors
Attn: Michael S. Fox, Esq.
Via E-Mail - mfox@olshanlaw.com

Platzer, Swergold, Levine,
Goldberg, Katz & Jaslow, LLP
Attn: Andrew S. Muller, Esq.
Via E-Mail - amuller@platzerlaw.com

Pryor and Mandelup
Attorneys for Torac Realty LLC
Attn: Robet L. Pryor, Esq.
Via E-Mail - rlp@pryormandelup.com

Scott G. Cerbin, Esq., PLLC
Attorneys for Nicholas J. Mundy
Attn: Scott G. Cerbin, Esq.
Via E-Mail - mail@cerbinlaw.com

The Kantrow Law Group, PLLC
Proposed Attorneys for Allan B. Mendelsohn, Esq.,
Attn: Fred S. Kantrow, Esq.
Via E-Mail - fkantorw@thekantrowlawgroup.com

The Steiner Law Firm, PLLC
Attorneys for Marcos Benzaquen
Attn: Norman Steiner, Esq.
Via E-Mail - norm@thesteinerlawfirm.com

Wayne Greenwald, PC
Attorneys for Debtor
Attn: Wayne M. Greenwald, Esq.
Via E-Mail - grimlawyers@aol.com

The Law Offices of Bennet D. Krasner, Esq.
Attorneys for Defendant
Attn: Bennett D. Krasner, Esq.
Via E-Mail - bkrasner@bdklaw.net