# NICHOLAS GOODMAN & ASSOCIATES, PLLC

**333 PARK AVENUE SOUTH, SUITE 3 A**
**NEW YORK, N.Y. 10010**

**(212) 227-9003**

**H. NICHOLAS GOODMAN**

**PATRICK L. SELVEY, JR.**
**MEREDITH B. LANDER**
ALSO ADMITTED IN NEW JERSEY

**CARTER A. REICH**
**CAMILLE M. ABATE**
OF COUNSEL

**DUANA M. RIVERA**
OFFICE MANAGER

## LETTER OF ADJOURNMENT

May 7, 2021

*Via: ECF*
Jonathan Koevary, Esq.
Olshan, Frome, Wolosky, LLP
1325 Avenue of the Americas
New York. N.Y. 10019

**RE: In re: Diamond Finance Co, Inc. Bankruptcy**
**Adversary Proceeding 8-20-71877-reg**

Dear Mr. Koevary,

Please be advised that per Judge Grossman's Courtroom Deputy, the continuation of the contempt hearing concerning Marcos Benzquen in the above referenced matter, currently scheduled for Monday, May 10, 2021, has been adjourned, on consent, to June 14, 2021, at 9:30 a.m.

Very truly yours,

H. Nicholas Goodman