UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                                                  Chapter 7

Diamond Finance Co., Inc.,                                          Case No. 820-71877-A736

        Debtor.

-------------------------------------------------------X

## ORDER PURSUANT TO 11 U.S.C. §§ 105(a) AND 721, AUTHORIZING THE CHAPTER 7 TRUSTEE TO OPERATE THE DEBTOR'S BUSINESS AND PAY CERTAIN OPERATING EXPENSES OF THIS ESTATE

Upon the motion dated April 22, 2021, (the "Motion") of Marc A. Pergament, as interim Chapter 7 Trustee (the "Trustee") of the Estate of Diamond Finance Co., Inc., (the "Debtor"), seeking the entry of an Order, pursuant to §§ 105(a) and 721 of Title 11 of the United States Code (the "Bankruptcy Code"), authorizing the Trustee to operate the Debtor's business and pay certain expenses on an interim basis through and including June 30, 2022, as the Debtor entered into long term loan arrangements with its customers and their terms extend through at least June 30, 2022 (without prejudice to seek further extensions of such authority); and a hearing on the Motion having been held before the Court on May 24, 2021; and the Court having found that (i) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) venue is proper before this Court pursuant to 28 U.S.C. §§ 1408 and 1409; (iii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iv) notice of the Motion was sufficient and no additional notice of hearing on the Motion is required under the circumstances; (v) the relief sought in the Motion in in the best interest of the Debtor's estate, its creditors and other parties in interest; and the Court having found and determined that the relief sought in the Motion is in the best interests of the Debtor, its estate, and creditors, and all parties in interest and that the legal

and factual bases set forth in the Motion establish just cause for the relief granted herein; and after due deliberation and sufficient cause appearing therefore, it is hereby

ORDERED, that the Motion is granted, and it is further

ORDERED, that the Trustee is authorized to operate the Debtor's business and pay certain expenses on an interim basis through and including June 30, 2022, as the Debtor entered into long term loan arrangements with its customers and their terms extend through at least June 30, 2022, without prejudice to the Trustee to seek further extensions of such authority, and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising from the implementation of this Order.



Dated: Central Islip, New York  
       May 24, 2021

Robert E. Grossman  
United States Bankruptcy Judge