**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Chapter 7 |
| DIAMOND FINANCE CO., INC., | Case No. 20-71877 (REG) |
| Debtor. | |

## AFFIRMATION OF SERVICE

      I Clyde W. Hollins, do hereby affirm, under penalty of perjury, that I am employed by the law firm of Olshan Frome Wolosky LLP, Special Counsel for Chapter 7 Trustee Marc Pergament, in the above-captioned case, and that on July 29, 2021, I caused to be served a true and correct copy of the ***Motion to Compromise Controversy (Notice of Hearing for Chapter 7 Trustee's Motion Pursuant to Bankruptcy Code Section 105 and Rule 9019 of The Federal Rules of Bankruptcy Procedure for Entry of an Order Authorizing and Approving Stipulation With Marcos Benzaquen)***, [Dkt# 208] via email, upon the parties at the addresses identified on Schedule B, attached below.  Additionally on July 30, 2021, I caused the same document, to be served, via USPS Regular First Class mail upon the parties at the addresses identified on Schedule A, and attached below.


Dated:  July 30, 2021
       New York, New York



98-20 62nd Drive

Rego Park, NY 11374

5918733-1

## SCHEDULE A

MAILING SERVICE LIST:

Ameri Law Firm
Attorneys for Y&M Enterprises
58-60 Main Street, 3rd Floor
Hackensack, NJ 07601
Attn: Steven A. Jayson, Esq.
Via E-Mail -
    steven.jayson@amerilawfirm.com

Sansone Dealer Group
Legal Services Department
    on behalf Sansone Jr's
Rt 66 ALuto Mall
P.O. Box 1996
308 Drum Point Rd. 2nd Flr., Suite 1
Brick, New Jersey 08723
Attn: D. Lotrech

G. Cerbin, Esq., PLLC
Attorneys For Nicholas J. Mundy
16 Court Street, Suite 2901
Brooklyn, NY 11241
Attn: Scott G. Cerbin, Esq.
Via E-Mail- mail@Cerbinlaw.Com

Michael G. McAuliffe, Esq.
Attorney for 613 Automotive Group, Inc.
    and Roger Schneier
68 South Service Road, Suite 100
Melville, NY 11747
Via E-Mail - mgmlaw@optonline.net

The Steiner Law Firm, PLLC
Attorneys for Marcos Benzaquen
130 Water Street
Brooklyn, NY 11201
Attn: Norman Steiner, Esq.
Via E-Mail - norm@thesteinerlawfirm.com

Wayne Greenwald, PC
Attorneys for Debtor
Wayne Greenwald, PC
475 Park Avenue South - 26th Floor
New York, NY 10016
Attn: Wayne M. Greenwald, Esq.
Via E-Mail - grimlawyers@aol.com

Internal Revenue Service
2 Metro Tech Center
100 Myrtle Avenue
Brooklyn, NY 11201

Weinberg Gross & Pergament LLP
400 Garden City Plaza, Suite 403
Garden City, NY 11530
Attn: Seth M Choset
Via E-Email: schoset@wgplaw.com

Brad Resnick
1 Spread Oak Lane
East Hampton, NY 11203

Diamond Finance Co., Inc.
2200 Marcus Avenue
New Hyde Park, NY 11042

David Cambi
1715 Trapani Lane
Boynton Beach, FL 3472

Harold Herling
20 Emerson Road
Glen Head, NY 11545

Don Barkin
17382 Vua Capri
Boca Raton, FL 33496

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

1

Harvey Stevens
8 East 83rd Street, Apt. 10F
New York, NY 10028

Herbert Brooks
35 N. Chatsworth Avenue, Apt. 2b
Larchmont, NY 10538

Hewlett Trading Co.
3242 Hewlett Avenue
Merrick, NY 11566

Joseph Dinoia
777 NE 4th Avenue
Fort Lauderdale, FL 33304

Lawrence Wolfin
395 Faletti Circle
Westwood, NJ 07675

Mark Scherr
c/o Derek Scherr Esq.
885 Third Avenue, Suite 3040
New York, NY 10022

Marvin Scheber
641 5th Avenue, #43B
New York, NY 10022

Maxx Wattenberg
225th Avenue
New York, NY 10010

Mitchell Cooper
407 McKinney Falls Lane
Georgetown, TX 78633

Nickolas Mundy
16 Court Street
Brooklyn, NY 11241

John DiNoia
15 Yellowstone Drive
West Nyack, NY 10994

NYS Department of Taxation & Finance
Bankruptcy Unit Special Procedures
P.O. Box 5300
Albany, NY 12205

Richard Berman
3241 Hewlett Avenue
Merrick, NY 11566

Roger Schneier
8167 Valhalla Drive
Delray Beach, FL 33446

Roger Shyer
19505 Planters Point Drive
Boca Raton, FL 33434-5147

Jerome Krantz Defined Benefit Plan
One Rolling Hill Road
Old Westbury, NY 11568
Attn: Mr. Jerry Krantz
Via E-Mail - jkrantz@krantzfinancial.com

Scott Scherr
290 South Maya Palm Drive
Boca Raton, FL 33432

State of New York
Office of the Attorney General
120 Broadway
New York, NY 10271

Steven Camhi
6854 Finamore Circle
Lake Worth, FL 33467

Theodore Greenburg
16209 Mira Vista Lane
Delray Beach, FL 33446

2

U.S. Department of Justice, Tax Division
P.O. Box 55
Ben Franklin Station
Washington, DC 20044

United States Attorney's Office
Eastern District of New York
610 Federal Plaza, 5th Floor
Central Islip, NY 11722-4454
Attn: L.I. Bankruptcy Processing

Wayne Wattenberg
3 Woodage Lane
Brookville, NY 11545

Westlake Financial
4751 Willshire Boulevard
Los Angeles, CA 90010

3

## SCHEDULE B

EMAIL SERVICE LIST:

A.Y. Strauss LLC
Attorneys for Jacob Benzaquen
Attn: Eric H. Hom, Esq.
Via E-Mail - ehorn@aystrauss.com
Attn: Heike M. Vogel, Esq.
Via E-Mail - hvogel@aystrauss.com

Farrell Fritz, P.C.
Attorneys for Marc D. Scherr 212 Irrevocable
    Trust, Marc Scherr, Scott Scherr
    and Harold Herling
Attn: Patrick Collins, Esq.
Via E-Mail- pcollins@farrellfritz.com
Attn: Darren A. Pascarella, Esq.
Via E-Mail - dpascarella@farrellfritz.com

Nicholas Goodman & Associates, PLLC
Attorneys for Marcos Benzaquen
Attn: H. Nicholas Goodman, Esq.
Via E-Mail - ngoodman@ngoodmanlaw.com

Pryor and Mandelup
Attorneys for Torac Realty LLC
Attn: Robet L. Pryor, Esq.
Via E-Mail - rlp@pryormandelup.com

Carter Ledyard & Milburn LLP Attorneys for
Attorneys for Millennium Motor Sports, LLC
Attn: Aaron R. Cahn, Esq.
Via E-Mail - bankruptcy@clm.com

Office of the United States Trustee
Attn: Stan Yang, Esq.
Via E-Mail - stan.y.yang@usdoj.gov

The Law Offices Of Bennet D. Krasner, Esq.
Attorneys for Defendant
Attn: Bennett D. Krasner, Esq.
Via E-Mail - Bkrasner@Bdklaw.Net

Platzer, Swergold, Levine, Goldberg, Katz
    & Jaslow, LLP
Attn: Andrew S. Muller, Esq.
Via E-Mail - amuller@platzerlaw.com

Garvin Peters
Via E-Mail - garvinpeters92@gmail.com

Alyse Miller
Via E-Mail - jjaz49@gmail.com

J. Garson, LLC
Attn: Jeffrey Garson
Via E-Mail - garsonproperty@yahoo.com

Theodore Greenberg
Via E-Mail- teddy@shoecityonline.com Scott

The Kantrow Law Group, PLLC
Proposed Attorneys for
    Allan B. Mendelsohn, Esq.,
Attn: Fred S. Kantrow, Esq.
Via E-Mail -
    fkantorw@thekantrowlawgroup.com

Arnall Golden Gregory LLP
Attorneys for American Express Nat'l Bank
Attn: Maureen P. McAneny, Esq.
Via E-mail Maureen.mcaneny@agg.com