UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

In Re:                                                     Chapter 7

Diamond Finance Co., Inc.,                 Case No. 820-71877-A736

            Debtor.

-------------------------------------------------------X

**ORDER GRANTING EX PARTE MOTION FOR
ORDER PURSUANT TO FEDERAL RULES OF BANKRUPTCY
PROCEDURE 2004 AUTHORIZING EXAMINATIONS AND
<u>DIRECTING PRODUCTION OF DOCUMENTS</u>**

Upon the ex parte motion (the "Motion")[1] of Marc A. Pergament, Chapter 7 Trustee of the Estate of Diamond Finance Co., Inc. ("*Trustee*"), by and through his counsel, Weinberg, Gross & Pergament LLP, pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure, and the Court being satisfied that the relief sought in the Motion is appropriate under the circumstances; and good and sufficient cause appearing for the entry of this Order;

IT IS HEREBY ORDERED, that the relief requested in the Motion is granted as set forth below; and it is further

ORDERED, 2840 LLC, Jacqueline Benzaquen and Daniella Benzaquen shall produce the documents set forth in the Request for Documents annexed hereto on or before April 28, 2022 at 10:00 a.m., at the offices of Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 309, Garden City, New York; and it is further

ORDERED, that 2840 LLC, Jacqueline Benzaquen and Daniella Benzaquen are directed to appear for examinations and testify as to the issues set forth in the application and

---

[1] All capitalized terms not defined herein shall have the meaning ascribed to them in the Motion.

related issues at the offices of Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 309, Garden City, New York, at a date and time to be determined by the Trustee; and it is further

ORDERED, that the Trustee be, and hereby is, authorized to conduct Rule 2004 examinations and receive documents from 2840 LLC, Jacqueline Benzaquen and Daniella Benzaquen as set forth below; and it is further

ORDERED, that service of a copy of this Order, with the attached Request for Documents, and Rule 2004 subpoenas, by certified mail upon 2840 LLC, Jacqueline Benzaquen and Daniella Benzaquen and by regular mail upon the Debtor's counsel, at least seventeen (17) days prior to the date of examination and the date by which documents are to be produced shall be deemed good and sufficient notice.

Dated: Central Islip, New York
April 12, 2022

Robert E. Grossman
United States Bankruptcy Judge