UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

In Re:                                              Chapter 7

Diamond Finance Co., Inc.,                          Case No. 820-71877-A736

        Debtor.

------------------------------------------------------------X

## DECLARATION OF SERVICE

        Jacqueline Sullivan, secretary to Marc A. Pergament, an attorney admitted to practice in this Court, hereby declares, pursuant to 28 U.S.C. § 1746, as follows:

        On April 14, 2022, I served the foregoing Motion for an order approving the Fee Application of Maltz Auctions, Inc. for fees in the sum of $9,593.40 and reimbursement of expenses in the sum of $13,747.28; (b) authorizing the Trustee to issue payment in the amounts awarded by the Court [Docket No. 259] upon the Office of the United States Trustee, Debtor's counsel and all parties who filed notice pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure at their following respective e-mail addresses:

### *SEE ATTACHED SERVICE LIST*

pursuant to Local Bankruptcy Rule 9036-2(b), by transmitting a copy of the Notice of Electronic Filing and Notice of Hearing to the email addresses listed on the attached service list.

        Pursuant to 28 U.S.C. § 1746, I declare that the foregoing is true and correct.

        Executed in Garden City, New York on April 14, 2022.

                                    */s/ Jacqueline Sullivan*
                                    Jacqueline Sullivan

## *SERVICE LIST*

A.Y. Strauss LLC
Attorneys for Jacob Benzaquen
Attn: Eric H. Horn, Esq.
Via E-Mail - ehorn@aystrauss.com
Attn: Heike M. Vogel, Esq.
Via E-Mail - hvogel@aystrauss.com

Alyse Miller
E-Mail - jjaz49@gmail.com

Ameri Law Firm
Attorneys for Y&M Enterprises
Attn: Steven A. Jayson, Esq.
Via E-Mail - steven.jayson@amerilawfirm.com

Carter Ledyard & Milburn LLP
Attorneys for Attorneys for
Millennium Motor Sports, LLC
Attn: Aaron R. Cahn, Esq.
Via E-Mail - bankruptcy@clm.com

Farrell Fritz, P.C.
Attorneys for Marc D. Scherr 212 Irrevocable Trust,
Marc Scherr, Scott Scherr and Harold Herling
Attn: Patrick Collins, Esq.
Via E-Mail - pcollins@farrellfritz.com
Attn: Darren A. Pascarella, Esq.
Via E-Mail - dpascarella@farrellfritz.com

J. Garson, LLC
Attn: Jeffrey Garson
Via E-Mail - garsonproperty@yahoo.com

Jerome Krantz Defined Benefit Plan
Attn: Mr. Jerry Krantz
Via E-Mail - jkrantz@krantzfinancial.com

Michael G. McAuliffe, Esq.
Attorney for 613 Automotive Group, Inc.
and Roger Schneier
Via E-Mail - mgmlaw@optonline.net

Nicholas Goodman & Associates, PLLC
Attorneys for Marcos Benzaquen
Attn: H. Nicholas Goodman, Esq.
Via E-Mail - ngoodman@ngoodmanlaw.com

Office of the United States Trustee
Attn: Stan Yang, Esq.
Via E-Mail - stan.y.yang@usdoj.gov

Olshan Frome Wolosky LLP
Attorneys for Petitioning Creditors
Attn: Michael S. Fox, Esq.
Via E-Mail - mfox@olshanlaw.com

Platzer, Swergold, Levine,
Goldberg, Katz & Jaslow, LLP
Attn: Andrew S. Muller, Esq.
Via E-Mail - amuller@platzerlaw.com

Pryor and Mandelup
Attorneys for Torac Realty LLC
613 Automotive Group Inc. and
770-18 Development, LLC
Attn: Robet L. Pryor, Esq.
Via E-Mail - rlp@pryormandelup.com

Scott G. Cerbin, Esq., PLLC
Attorneys for Nicholas J. Mundy
Attn: Scott G. Cerbin, Esq.
Via E-Mail - mail@cerbinlaw.com

The Kantrow Law Group, PLLC
Proposed Attorneys for Allan B. Mendelsohn, Esq.,
Attn: Fred S. Kantrow, Esq.
Via E-Mail - fkantorw@thekantrowlawgroup.com

The Steiner Law Firm, PLLC
Attorneys for Marcos Benzaquen
Attn: Norman Steiner, Esq.
Via E-Mail - norm@thesteinerlawfirm.com

Wayne Greenwald, PC
Attorneys for Debtor
Attn: Wayne M. Greenwald, Esq.
Via E-Mail - grimlawyers@aol.com