AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
<u>RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL</u>

RE: Diamond Finance Co., Inc.
Case No. 820-71877-A736

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NASSAU    )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 13th day of April, 2022 I served the **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon the party noted below at the address listed below by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Certified Mail, Return Receipt Requested and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

> 2840 LLC
> 2840 River Avenue
> Oceanside, New York  11572
> Attn:  Jacqueline Benzaquen
> Article No. 7015 3010 0002 3084 4923

*Marianne Mastrocco* (signature)
Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

*Lisa Carpinone* (signature)
NOTARY PUBLIC

LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 16, 2023

## AFFIDAVIT OF SERVICE VIA ELECTRONIC TRANSMITTAL

RE:     Diamond Finance Co., Inc.
          Case No. 820-71877-A736

STATE OF NEW YORK      )
                                     ) ss.:
COUNTY OF NASSAU       )

       Marianne Mastrocco, being duly sworn, deposes and says:

       That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

       That on the 13th day of April, 2022, I served the within **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon Debtor's counsel by transmitting a true copy of the same enclosed via electronic transmittal to the email addresses as indicated on the attached service list.

                              Via E-Mail - grimlawyers@aol.com
                              Wayne M. Greenwald, Esq.
                              Wayne Greenwald, PC

                              _____
                              Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

_____
NOTARY PUBLIC

LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 16, 2023

## AFFIDAVIT OF SERVICE VIA ELECTRONIC TRANSMITTAL

RE:   Diamond Finance Co., Inc.
      Case No. 820-71877-A736

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NASSAU     )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 13th day of April, 2022, I served the within **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon Jonathan T. Koevary by transmitting a true copy of the same enclosed via electronic transmittal to the email addresses as indicated on the attached service list.

Via E-Mail - jkoevary@olshanlaw.com
Jonathan T. Koevary, Esq.
Olshan Frome Wolosky LLP

_____
Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

_____
NOTARY PUBLIC

LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 18, 2023

AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL

RE:  Diamond Finance Co., Inc.
     Case No. 820-71877-A736

STATE OF NEW YORK      )
                       )ss.:
COUNTY OF NASSAU       )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 13th day of April, 2022 I served the **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon the party noted below at the address listed below by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Certified Mail, Return Receipt Requested and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

> Jacqueline Benzaquen
> 2840 River Avenue
> Oceanside, New York  11572
> Article No. 7015 3010 0002 3084 4879

*/s/ Marianne Mastrocco*
Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

*/s/ Lisa Carpinone*
NOTARY PUBLIC

LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 16, 2023

<u>AFFIDAVIT OF SERVICE VIA ELECTRONIC TRANSMITTAL</u>

RE:   Diamond Finance Co., Inc.
      Case No. 820-71877-A736

STATE OF NEW YORK   )
                    ) ss.:
COUNTY OF NASSAU    )

        Marianne Mastrocco, being duly sworn, deposes and says:

        That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

        That on the 13th day of April, 2022, I served the within **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon Debtor's counsel by transmitting a true copy of the same enclosed via electronic transmittal to the email addresses as indicated on the attached service list.

        Via E-Mail - grimlawyers@aol.com
        Wayne M. Greenwald, Esq.
        Wayne Greenwald, PC

        _____
        Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

_____
NOTARY PUBLIC

LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 16, 2023

## AFFIDAVIT OF SERVICE VIA ELECTRONIC TRANSMITTAL

RE:   Diamond Finance Co., Inc.
      Case No. 820-71877-A736

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NASSAU       )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 13th day of April, 2022, I served the within **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon Jonathan T. Koevary by transmitting a true copy of the same enclosed via electronic transmittal to the email addresses as indicated on the attached service list.

Via E-Mail - jkoevary@olshanlaw.com
Jonathan T. Koevary, Esq.
Olshan Frome Wolosky LLP

_____
Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

_____
NOTARY PUBLIC

LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 16, 2023

AFFIDAVIT OF SERVICE BY CERTIFIED MAIL
RETURN RECEIPT REQUESTED AND FIRST CLASS MAIL

RE: Diamond Finance Co., Inc.
Case No. 820-71877-A736

STATE OF NEW YORK    )
                     )ss.:
COUNTY OF NASSAU     )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 13th day of April, 2022 I served the **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon the party noted below at the address listed below by depositing a true copy of the same enclosed in a post-paid properly addressed envelope, marked Certified Mail, Return Receipt Requested and by first class mail, in a properly addressed envelope, in an official depository under the exclusive care and custody of the United States Post Office within the State of New York.

Daniela Benzaquen
6 Wooleys Lane, Apt. A33
Great Neck, New York  11023
Article No. 7015 3010 0002 3084 4893
and
2840 River Avenue
Oceanside, New York  11572
Article No. 7015 3010 0002 3084 4909

_____
Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

_____
NOTARY PUBLIC
LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 16, 2023

AFFIDAVIT OF SERVICE VIA ELECTRONIC TRANSMITTAL

RE:   Diamond Finance Co., Inc.
      Case No. 820-71877-A736

STATE OF NEW YORK       )
                        ) ss.:
COUNTY OF NASSAU        )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 13th day of April, 2022, I served the within **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon Jonathan T. Koevary by transmitting a true copy of the same enclosed via electronic transmittal to the email addresses as indicated on the attached service list.

>               Via E-Mail - jkoevary@olshanlaw.com
>               Jonathan T. Koevary, Esq.
>               Olshan Frome Wolosky LLP

_____
Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

_____
NOTARY PUBLIC

LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 16, 2023

## AFFIDAVIT OF SERVICE VIA ELECTRONIC TRANSMITTAL

RE: Diamond Finance Co., Inc.
Case No. 820-71877-A736

STATE OF NEW YORK            )
                             ) ss.:
COUNTY OF NASSAU             )

Marianne Mastrocco, being duly sworn, deposes and says:

That I am not a party to this action, am over the age of 18 years, and reside in Franklin Square, New York.

That on the 13th day of April, 2022, I served the within **SUBPOENA FOR RULE 2004 EXAM, ORDER AND SCHEDULE A** upon Debtor's counsel by transmitting a true copy of the same enclosed via electronic transmittal to the email addresses as indicated on the attached service list.

Via E-Mail - grimlawyers@aol.com
Wayne M. Greenwald, Esq.
Wayne Greenwald, PC

_____
Marianne Mastrocco

Sworn to before me this
13th day of April, 2022.

_____
NOTARY PUBLIC

LISA CARPINONE
Notary Public, State of New York
No. 10CA6159354
Qualified in Nassau County
Commission Expires January 16, 2023