UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------X

In Re:                                        Chapter 7

Diamond Finance Co., Inc.,                Case No. 820-71877-A736

              Debtor.
--------------------------------------------------------X

MONTHLY OPERATING STATEMENT FOR
THE PERIOD JANUARY 1, 2023 TO JANUARY 31, 2023

DEBTOR: Diamond Finance Co., Inc.
                MONTHLY RECEIPTS:         $14,323.73

                MONTHLY DISBURSEMENTS:   $20,624.75

OPERATING TRUSTEE'S
ATTORNEY:            Weinberg, Gross & Pergament LLP
                          400 Garden City Plaza, Suite 309
                          Garden City, New York 11530
                          (516) 877-2424

                          MONTHLY OPERATING PROFIT (LOSS): ($6,301.02)

REPORT PREPARER:     Marc A. Pergament, Esq.
                          Weinberg, Gross & Pergament LLP
                          400 Garden City Plaza
                          Garden City, New York 11530

<u>This Operating Statement Must Be Signed By a Representative of the Debtor.</u>

        The undersigned, having reviewed the attached report and being familiar with the Debtor's financial affairs, verifies therein is complete, accurate and truthful to the best of my knowledge

DATE: February 15, 2023             _____
                                                              Marc A. Pergament, Operating Trustee

Indicate if this is an amended statement by checking here (__).

Diamond Finance Co., Inc.
Case No. 820-71877-A736
<u>Statement of Income for January 1, 2023 to January 31, 2023</u>
Receipts:

| | |
|---|---:|
| Accounts Receivable: | $ 3,490.41 |
| Claim against Benzaquen/Diamond Cars | $ 10,833.32 |

**Total Receipts:** <u>$ 14,323.73</u>

Expenses:

| | |
|---|---:|
| Cypress Motors of Ridgewood | $ 2,299.25 |
| (Reimbursement of Collections to Dealership) | |
| Extra Space Storage | $ 140.00 |
| Steven M. Feinberg, Esq. LLC | $ 508.48 |
| (Special Counsel to Trustee) | |
| Dezba Asset Recovery Inc. | $ 600.00 |
| Bank Fees | $ 4,666.40 |
| International Sureties | $ 1,282.94 |
| Empire Discovery | $ 11,127.68 |

**Total Expenses:** <u>$ 20,624.75</u>

**Operating Income:** <u>$( 6,301.02)</u>

Diamond Finance Co., Inc.
<u>Expenses Paid for January 1, 2023 to January 31, 2023</u>

| | |
|---|---:|
| Cypress Motors of Ridgewood | $ 2,299.25 |
| (Reimbursement of Collections to Dealership) | |
| Extra Space Storage | $ 140.00 |
| Steven M. Feinberg, Esq. LLC | $ 508.48 |
| (Special Counsel to Trustee) | |
| Dezba Asset Recovery Inc. | $ 600.00 |
| International Sureties | $ 1,282.94 |
| Empire Discovery | $ 11,127.68 |
| | |
| Total Accounts Payable | <u>$ 15,958.35</u> |

Diamond Finance Co., Inc.
Balance Sheet for January 1, 2023 to January 31, 2023
Assets:

| | |
|---|---:|
| Accounts Receivable | $ 967,937.91* |
| Accounts Receivable Collected | $1,532,071.09 |
| Office Furniture | $ 10,000.00 |
| Santander Bank NA (turnover of bank account) | $ 140,842.34 |
| Diamond Floor Plan (reimbursement of half rent) | $ 3,216.33 |
| J. Garson LLC | $ 500,000.00 |
| Lawrence Scott Events, Ltd. | $ 30,000.00 |
| Jay and Alyse Miller Living Trust (JJaz Inc.) | $ 12,000.00 |
| Ted Greenberg Beth Greenberg | $ 6,000.00 |
| Donald Barkin | $ 17,500.00 |
| Gary Moskowitz | $ 6,500.00 |
| Hewlett Trading Co. | $ 3,500.00 |
| Susan and Roger Shyer | $ 6,000.00 |
| Mitchell Cooper | $ 20,000.00 |
| Roger and Cheryl Schneier | $ 65,000.00 |
| Harry and Carolyn Stevens | $ 160,000.00 |
| American Express | $ 135,000.00 |
| Joseph Dinoia | $ 45,000.00 |
| John J. Dinoia | $ 20,000.00 |
| Quill | $ 15.74 |
| Contempt Order & Sanction ag. M. Benzaquen | $ 10,000.00 |
| Signature Bank Adversary | $ 150,000.00 |
| M. Benzaquen/Diamond Car Adversary | $ 160,833.32 |
| Total Assets: | $ 4,004,907.14 |
| Current Total Assets: | $ 2,721,043.64 |

---
* Subject to collection on accounts receivable.

Liabilities:

Chapter 7
Marc A. Pergament, Trustee                    To be Determined
Weinberg, Gross & Pergament LLP               To be Determined
Olshan, Frome, Wolosky LLP                    To be Determined
Gettry Marcus LLP                             To be Determined

Secured Creditors                             $        221,759.08
Priority Creditors                            $            672.67
General Unsecured Creditors                   $     10,450,949.55

# Receipts and Disbursements
## By Ledger Category

Case: Diamond Finance Co., Inc (820-71877)
Trustee: Marc A. Pergament
Submitted: 02/07/23
Period: 01/01/23 - 01/31/23

# Receipts

## 1000 RECEIPTS

### 1121-000 Notes and Accounts Receivable (Scheduled)

| Date | Description | Payee | Amount |
|---|---|---|---:|
| 01/03/23 | Deposit: 100246-1 | Stephen M. Feinberg<br>Accounts Receivable | 2,033.88 |
| 01/03/23 | Deposit: 100247-1 | Maidenbaum & Associates, PLLC<br>Accounts Receivable | 109.67 |
| 01/09/23 | Deposit: 100248-1 | Angel Caraballo<br>Accounts Receivable | 305.00 |
| 01/09/23 | Deposit: 100249-1 | Marcia Lewis<br>Accounts Receivable | 418.00 |
| 01/13/23 | Deposit: 100250-1 | Partners of Shelby for Natalia Korzha<br>Accounts Receivable | 586.36 |
| 01/17/23 | Deposit: 100251-1 | Maidenbaum & Associates, P.L.L.C.<br>Accounts Receivable | 37.50 |
|  |  |  | **3,490.41** |

### 1229-000 Liquidation of Other Property (Not Originally Scheduled)

| Date | Description | Payee | Amount |
|---|---|---|---:|
| 01/23/23 | Dep. Adj.: 29 | Marcos J. Benzaquen<br>ADVERSARY PROCEEDING V. BENZAQUEN/DIAMOND CARS | 5,416.66 |
| 01/23/23 | Dep. Adj.: 30 | Marcos J. Benzaquen<br>ADVERSARY PROCEEDING V. BENZAQUEN/DIAMOND CARS | 5,416.66 |
|  |  |  | **10,833.32** |

|  |  |
|---|---:|
| **Total for 1000** | **14,323.73** |
| **Total Receipts:** | **14,323.73** |

# Disbursements

## 2000 CH. 7 ADMINISTRATIVE FEES AND EXPENSES

### 2300-000 Bond Payments

| Date | Description | Payee | Amount |
|---|---|---|---:|
| 01/12/23 | Check: 20265 | International Sureties, Ltd.<br>BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/12/2023 FOR CASE #820-71877, Bond # 016027942 01/01/23 - 01/01/24 | 1,282.94 |

# Receipts and Disbursements
## By Ledger Category

**Case:** Diamond Finance Co., Inc (820-71877)
**Trustee:** Marc A. Pergament
**Submitted:** 02/07/23
**Period:** 01/01/23 - 01/31/23

**2420-000 Costs to Secure/Maintain Property (E.g., casualty insurance, locksmith, repairs)**

| Date | Payee | Description | Amount |
|---|---|---|---|
| 01/10/23 Check: 20264 | Extra Space Storage | Space No. 197 for February 2023 | 140.00 |

**2600-000 Bank Service Fees**

| Date | Payee | Description | Amount |
|---|---|---|---|
| 01/31/23 Disb. Adj.: 31 | TriState Capital Bank | Bank and Technology Services Fee | 4,666.40 |

|  |  |
|---|---|
| **Total for 2000** | **6,089.34** |

## 3000 CH. 7 PROFESSIONAL FEES AND EXPENSES

**3210-600 Special Counsel for Trustee Fees**

| Date | Payee | Description | Amount |
|---|---|---|---|
| 01/04/23 Check: 20261 | Steven M. Feinberg, Esq. LLC | Special Counsel for Trustee - 25% Collections for December 2022 | 508.48 |

**3991-000 Other Professional's Fees**

| Date | Payee | Description | Amount |
|---|---|---|---|
| 01/04/23 Check: 20262 | DEZBA Asset Recovery Inc. | Inv. No. 145871 Repossion fee of customer vehicle -Lamont Siler | 450.00 |
| 01/09/23 Check: 20263 | DEZBA Asset Recovery Inc. | Inv. No. 146180 Transport fee of customer vehicle -Lamont Siler | 150.00 |
|  |  |  | **600.00** |

**3992-000 Other Professional's Expenses**

| Date | Payee | Description | Amount |
|---|---|---|---|
| 01/04/23 Check: 20260 | Cypress Motors of Ridgewood | Prefix 105 Collections for December 2022 | 2,299.25 |
| 01/18/23 Check: 20266 | Empire Discovery | Invoice No. 038017 and 038485 Document assemply of Depostition Torac | 11,127.68 |
|  |  |  | **13,426.93** |

|  |  |
|---|---|
| **Total for 3000** | **14,535.41** |
| **Total Disbursements:** | **20,624.75** |

|  |  |
|---|---|
| **Total Receipts:** | 14,323.73 |
| **Total Disbursements:** | 20,624.75 |
| **Net Balance:** | -6,301.02 |