| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>EASTERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X | RETURN DATE: MAY 6, 2024<br>TIME: 9:30 A.M. |
| In Re:<br><br>Diamond Finance Co., Inc.,<br><br>Debtor.<br>------------------------------------------------------------X | Chapter 7<br><br>Case No. 820-71877-A736<br><br>Notice of Hearing |

PLEASE TAKE NOTICE, that on May 6, 2024 at 9:30 a.m., the Trustee will move before the Honorable Robert E. Grossman, United States Bankruptcy Judge, United States Bankruptcy Court, Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Room 860, Central Islip, New York 11722, or as soon thereafter as counsel can be heard for an Order pursuant to Rule 9019(a) of the Federal Rules of Bankruptcy Procedure: (a) approving the settlement between the Trustee on behalf of the Estate and the Jerome Krantz Define Benefit Plan reducing its Proof of Claim (3-1) from $250,000.00 to $122,242.00; (b) reducing the Proofs of Claim of James Brettholz (8-1) and Angela Luttrell (19-1) from the sum of $240,000.00 to $168,000.00; (c) reducing the Proof of Claim of Theodore Greenberg (15-1) from the sum of $200,000.00 to $176,000.00; (d) reducing the Proof of Claim of Nicholas Mundy (18-1) from the sum of $200,000.00 to $152,000.00; (e) authorizing the Trustee to execute all documents necessary to effectuate the terms of the settlements with the claimants; and (f) grant such other and further relief as this Court deems just and proper ("Motion").

PLEASE TAKE FURTHER NOTICE, that a copy of the application is available for inspection at the office of the Clerk of the United States Bankruptcy Court during normal business hours at the Alfonse M. D'Amato U.S. Courthouse, 290 Federal Plaza, Central Islip, New York 11722 or may be obtained by contacting the undersigned.

PLEASE TAKE FURTHER NOTICE, Objections to the Trustee's application shall be filed as follows: (a) (i) through the Bankruptcy Court's electronic filing system (in accordance with Order No. 476), which may be accessed through the Internet at the Bankruptcy Court's website:

www.nyeb.uscourts.gov, and (ii) in portable document format (PDF) using Adobe Exchange software for conversion; or (b) if a party is unable to file electronically, such party shall submit the objection in PDF format on a diskette in an envelope with the case name, case number, type and title of document, document number of the document to which the objection refers, and the file name on the outside of the envelope; or (c) if a party is unable to file electronically or use PDF format, such party shall submit the objection on a diskette in Word format. An objection filed by a party with no legal representation shall comply with section (b) or (c) as set forth in this paragraph. A hard copy of the objection, whether filed pursuant to section (a), (b) or (c), as set forth in this paragraph, shall be hand-delivered directly to the Chambers of the Honorable Robert E. Grossman, and a hard copy shall be served upon the Trustee's counsel, Weinberg, Gross & Pergament LLP, 400 Garden City Plaza, Suite 309, Garden City, New York 11530, Attention: Marc A. Pergament, Esq., the Office of the United States Trustee, Alfonse M. D'Amato Courthouse, 560 Federal Plaza, Central Islip, New York 11722, and file with the Clerk of the Bankruptcy Court, with a copy to Chambers on or before April 29, 2024.

PLEASE TAKE FURTHER NOTICE, that effective July 10, 2023, Judge Grossman is adopting new procedures for hearings in all matters. Judge Grossman's updated procedures can be found on the United States Bankruptcy Court for the Eastern District of New York's website at: www.nyeb.uscourts.gov/content/judge-robert-e-grossman.

Dated: Garden City, New York  
March 20, 2024

Weinberg, Gross & Pergament LLP  
Attorneys for Trustee

By: _____  
Marc A. Pergament  
400 Garden City Plaza, Suite 309  
Garden City, New York 11530  
(516) 877-2424 ext. 226